■ JUDITH INCARNATO, Appellant, v ARTHUR MOORE et al., Respondents. [735 NYS2d 459] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Harvey, J. (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.